## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**OLD ST. PAUL MISSIONARY BAPTIST CHURCH**                    **PLAINTIFF**

**v.**                         **CASE NO. 3:12CV00102 BSM**

**TEMPLEBLOC, INC.,**
**KENNETH "TED" BLOCKETT; and**
**STATE FARM FIRE AND CASUALTY CO.**                    **DEFENDANTS**

### ORDER

Defendant State Farm Fire and Casualty Insurance Co. ("State Farm") moves for summary judgment. [Doc. No. 13]. Plaintiff Old St. Paul Missionary Baptist Church ("St. Paul") has responded and requests leave to file an amended complaint. [Doc. Nos. 27-29]. Federal Rule of Civil Procedure 15(a) provides that leave to amend should be granted freely when justice so requires. Leave may be denied if the movant acted with undue delay, bad faith, or dilatory motive and the proposed amendment would unduly prejudice the opposing party. *See Bell v. Allstate Life Ins. Co.*, 160 F.3d 452, 454 (8th Cir. 1998).

Although not entirely clear, St. Paul's original complaint contains allegations that include property damage. The time for seeking leave to amend pleadings has not yet run. Accordingly, St. Paul is instructed to file its amended complaint within thirty days of the entry of this order and State Farm's motion for summary judgment [Doc. No. 13] is denied without prejudice.

IT IS SO ORDERED this 7th day of December 2012.

UNITED STATES DISTRICT JUDGE