# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

**OLD ST. PAUL MISSIONARY BAPTIST CHURCH**                              **PLAINTIFF**

v.                              CASE NO. 3:12CV00102 BSM

**TEMPLEBLOC, INC.,**
**KENNETH "TED" BLOCKETT, and**
**STATE FARM FIRE AND CASUALTY INSURANCE CO.**              **DEFENDANTS**

## ORDER

The parties' joint motion to dismiss [Doc. No. 87] pursuant to settlement is granted and this case is dismissed with prejudice.

An appropriate judgment shall accompany this order.

IT IS SO ORDERED this 5th day of May 2014.

_____
UNITED STATES DISTRICT JUDGE