IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**OLD ST. PAUL MISSIONARY BAPTIST CHURCH**                                       **PLAINTIFF**

v.                              CASE NO. 3:12CV00102 BSM

**TEMPLEBLOC, INC.,**
**KENNETH "TED" BLOCKETT, and**
**STATE FARM FIRE AND CASUALTY INSURANCE CO.**         **DEFENDANTS**

<u>**JUDGMENT**</u>

Consistent with the order that was entered this day, this case is dismissed.

DATED this 5th day of May 2014.

_____
UNITED STATES DISTRICT JUDGE